UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT
**CIVIL APPEAL STATEMENT**

*Please TYPE.    Attach additional pages if necessary.*          11th Circuit Docket Number: __26-11055__

| Caption:<br>Talentscale Inc., Plaintiff,<br>v.<br>Aery Aviation LLC, Defendant/Judgment Debtor,<br>and<br>The Cleveland Clinic Foundation, Garnishee,<br>and<br>Cogent Bank, Third-Party Claimant in Garnishment, | District and Division: Northern District of Florida<br>Name of Judge: The Honorable T. Kent Wetherell, II<br>Nature of Suit: Judgment Enforcement, Garnishment Proceeding<br>Date Complaint Filed: Foreign Judgment Registered on January 13, 2025<br>District Court Docket Number: 5:25-mc-00001-TKW-MJF<br>Date Notice of Appeal Filed: March 31, 2026<br>☐Cross Appeal  ☐Class Action<br>Has this matter previously been before this court?<br>☐Yes  ☑No<br>If Yes, provide<br>(a)    Caption: _____<br>(b)    Citation: _____<br>(c)    Docket Number: 25-12618 (related case, per below) |

|  | Attorney Name | Mailing Address | Telephone, Fax, Email |
|---|---|---|---|
| For Appellant:<br>☑ Plaintiff<br>☐ Defendant<br>☐ Other (Specify) | Kenneth E. Chase | 951 W Yamato Road, Suite 280 Boca Raton, FL 33431 | Tel: (305) 402-9800 Fax: (305) 402-2725 Email: kchase@chaselaw.com |
| For Appellee:<br>☐ Plaintiff<br>☐ Defendant<br>☑ Other (Specify) | Kimberly S. Mello (Counsel for Third-Party Claimant, Cogent Bank) | 450 S Orange Avenue, Suite 650 Orlando, FL 32801 | Tel: (407) 420-1000 Fax: (407) 420-5909 Email: mellok@gtlaw.com |

*Please CIRCLE/CHECK/COMPLETE the items below and on page 2 that apply.*

| Jurisdiction | Nature of Judgment | Type of Order | Relief |
|---|---|---|---|
| ☑ Federal Question | ☑ Final Judgment, 28 USC 1291 | ☐ Dismissal/Jurisdiction | Amount Sought by Plaintiff:<br>$ $1,142,467.20 plus interest |
| ☐ Diversity | ☐ Interlocutory Order, 28 USC 1292(a)(1) | ☐ Default Judgment | Amount Sought by Defendant:<br>$ the $46,449.44 garnished funds |
| ☐ US Plaintiff | ☐ Interlocutory Order Certified, 28 USC 1292(b) | ☐ Summary Judgment | Awarded:<br>$ $46,449.44 |
| ☐ US Defendant | ☐ Interlocutory Order, Qualified Immunity | ☐ Judgment/Bench Trial | to Cogent Bank |
|  |  | ☐ Judgment/Jury Verdict |  |
|  | ☐ Final Agency Action (Review) | ☐ Judgment/Directed Verdict/NOV | Injunctions:<br>☐ TRO |
|  |  | ☐ Injunction | ☐ Preliminary  ☐ Granted |
|  | ☐ 54(b) | ☑ Other Dissolution of writ of garnishment | ☐ Permanent  ☐ Denied |

Based on your present knowledge:

(1)    Does this appeal involve a question of First Impression?    ☑Yes    ☐No
       What is the issue you claim is one of First Impression? Can a secured lender perpetually block a judgment creditor's garnishments in the absence of a default?

(2)    Will the determination of this appeal turn on the interpretation or application of a particular case or statute?    ☑Yes    ☐No

       If Yes, provide
       (a)    Case Name/Statute Fla. Stat. § 77.08; 77.16;  679.2031; 679.1021
       (b)    Citation American Home Assurance Co. v. Weaver Aggregate Transport, Inc., 84 F. Supp. 3d 1314 (M.D. Fla. 2015)
       (c)    Docket Number if unreported _____

(3)    Is there any case now pending or about to be brought before this court or any other court or administrative agency that
       (a)    Arises from substantially the same case or controversy as this appeal?    ☑Yes    ☐No
       (b)    Involves an issue that is substantially the same, similar, or related to an issue in this appeal?    ☑Yes    ☐No

       If Yes, provide
       (a)    Case Name Talentscale Inc v. Aery Aviation LLC, et al.
       (b)    Citation 25-12618
       (c)    Docket Number if unreported _____
       (d)    Court or Agency U.S. Court of Appeals for the Eleventh Circuit

(4)    Will this appeal involve a conflict of law
       (a)    Within the Eleventh Circuit?    ☐Yes    ☑No
       (b)    Among circuits?    ☐Yes    ☑No

       If Yes, explain briefly:

(5)    Issues proposed to be raised on appeal, including jurisdictional challenges:

       1. Whether the trial court erred in finding that a secured creditor can block a judgment creditor's garnishment liens in perpetuity despite the absence of a default by the judgment debtor.
       2. Whether the trial court erred in dissolving a writ of garnishment without empaneling a jury pursuant Fla. Stat. § 77.08 after Plaintiff expressly demanded a jury trial.
       3. Can a judgment-debtor/borrower proclaim, self-servingly, that despite paying interest on funds borrowed from its lender, those borrowed funds actually still belong to the same lender who received the security interest.

I CERTIFY THAT I SERVED THIS CIVIL APPEAL STATEMENT ON THE CLERK OF THE U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT AND

SERVED A COPY ON EACH PARTY OR THEIR COUNSEL OF RECORD, THIS 16th_____ DAY OF April_____, 2026_____.


Kenneth E. Chase                                         /s/ Kenneth E. Chase
_____        _____
        NAME OF COUNSEL (Print)                              SIGNATURE OF COUNSEL