No. 26-11055

IN THE

# United States Court of Appeals

FOR THE ELEVENTH CIRCUIT

TALENTSCALE INC.

*Plaintiff-Appellant,*

v.

AERY AVIATION LLC, et al.

*Defendants-Appellees.*

————

On Appeal from the United States District Court
For the Northern District of Florida

————

## APPELLANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

————

Kenneth E. Chase
CHASE LAW & ASSOCIATES, P.A.
951 Yamato Road, Suite 280
Boca Raton, FL 33431
Tel: (305) 402-9800
kchase@chaselaw.com

*Counsel for Appellant Talentscale Inc.*

# CERTIFICATE OF INTERESTED PERSONS
## AND CORPORATE DISCLOSURE STATEMENT

Appellant Talentscale Inc. submits this list of all trial court judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this matter, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party.

1. Aerodrome Properties, LLC

2. Aery Aviation, LLC, Appellee

3. Aviation Capital Partners, LLC

4. Aviation Capital Partners II, LLC

5. Beale, Jennifer

6. Beale, Scott

7. Chase, Kenneth, trial and appellate counsel for Talentscale, Inc.

8. Chase Law & Associates, P.A.

9. Clements, Neal

10. Cleveland Clinic Foundation, Garnishee

11. Cogent Bancorp, Inc.

12. Cogent Bank, Garnishee

13. Davis, Burch & Abrams

14. Davis, Christopher

15. Davis Law, PLC

16. Dynan, Robert

17. Fast Bird, LLC

18. Frank, Michael J., U.S. Magistrate Judge

19. GH Equipment, LLC

20. Greenberg Traurig, P.A.

21. Hernandez, Nathan M., appellate counsel for Aery Aviation, LLC

22. Keller, Courtney, trial and appellate counsel for Cogent Bank, Garnishee

23. Mead, George R., II, trial counsel for Prudent Capital III, LP

24. Mello, Kimberly S., appellate counsel for Cogent Bank, Garnishee

25. McDaniel, Erin, trial counsel for Aery Aviation, LLC

26. Moore Hill & Westmoreland, P.A.

27. Mountain Hangar Holdings

28. Poldrugo, Doug

29. Prudent Capital III, LP

30. Quam, Darrin J., trial counsel for Cleveland Clinic Foundation, Garnishee

31. Rodriguez, Rachel Lynn Tripp, trial counsel for Aery Aviation, LLC

32.     Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.

33.     Talentscale, Inc., Appellant

34.     Ulmer, William

35.     Vires Law Group, PLLC

36.     Walton, Joshua

37.     Walton, Leslie Steve

38.     Wetherell, T. Kent, II, U.S. District Judge

39.     Young, Savannah, trial counsel for Cogent Bank

Talentscale Inc. is a privately held Nevada corporation. No publicly held corporation owns more than 10 percent of the company.

Respectfully submitted,

CHASE LAW & ASSOCIATES, P.A.

*/s/ Kenneth E. Chase*
Kenneth E. Chase
Florida Bar No. 17661
kchase@chaselaw.com
Chase Law & Associates, P.A.
951 Yamato Road, Suite 280
Boca Raton, FL 33431
Telephone: (305) 402-9800

*Counsel for*
*Appellant Talentscale Inc.*

**CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATION**

I hereby certify that this filing complies with the type-volume limitation set forth in FRAP 32. This filing contains 314 words.

By:   */s/ Kenneth E. Chase*
Kenneth E. Chase

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on April 16, 2026 which automatically sends notice to all counsel or parties of record.

By:   */s/ Kenneth E. Chase*
Kenneth E. Chase