# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT


ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov


July 02, 2026

Kimberly S. Mello
Greenberg Traurig, PA
450 S ORANGE AVE STE 650
ORLANDO, FL 32801

Appeal Number: 25-12618-EE; 26-11055 -EE
Case Style: Talentscale Inc v. Aery Aviation LLC, et al
District Court Docket No: 5:25-mc-00001-TKW-MJF

The following action has been taken in the referenced case:

Cases Consolidated
The cases referenced above are now consolidated.

A litigant who is a party in more than one case being consolidated must file all documents in each separate consolidated case number. A litigant who is a party in only one of the cases being consolidated must file all documents in that case number; if such a litigant wants to receive notice of filings in the other case(s) being consolidated, the litigant should set up notice through the "Notice for Cases of Interest" utility in CM/ECF.

Appellant's appendix is due on or before 07/08/26 in 26-11055.

Appellees' briefs are due 30 days from the date of the enclosed order.

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |