In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 25-12618

---

TALENTSCALE INC,

*Plaintiff-Appellant,*

*versus*

AERY AVIATION LLC,
PRUDENT CAPITAL III, LP,

*Defendants-Appellees,*

---

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 5:25-mc-00001-TKW-MJF

---

---

No. 26-11055

---

TALENTSCALE INC,

*Plaintiff-Appellant,*

*versus*

AERY AVIATION LLC,
PRUDENT CAPITAL III, LP,

*Defendants-Appellees,*

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 5:25-mc-00001-TKW-MJF

ORDER:

The motion for an extension of time to and including September 16, 2026 to file Appellee Cogent Bank's response brief is GRANTED, with the appendix, if any, due 7 days after the filing of the brief.

/s/ Robert J. Luck
UNITED STATES CIRCUIT JUDGE